UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-26827-WILLIAMS/LETT

BRENDA RUBALCABA CASTILLO,

Plaintiff,

vs.

PANELTRONICS INCORPORATED,

Defendant.
_______________________________/

**NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF**

Katelyn Schickman, Esq., of the FairLaw Firm notifies the Court and all parties of her appearance in this action as counsel for Plaintiff, Brenda Rubalcaba Castillo, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on her at the below address/email address.

Dated this 14th day of October 2026.

s/Katelyn Schickman, Esq.
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*