UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-26827-WILLIAMS/LETT

BRENDA RUBALCABA CASTILLO,

Plaintiff,

vs.

PANELTRONICS INCORPORATED,

Defendant.
________________________________/

**PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, PANELTRONICS INCORPORATED**

Plaintiff, Brenda Rubalcaba Castillo, files the Return of Service on Defendant, Paneltronics Incorporated (served on October 13, 2026).

Dated this 14th day of October 2026.

s/Katelyn Schickman, Esq.
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*