# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:26-CV-26827

Plaintiff:
**BRENDA RUBALCABA CASTILLO**

vs.

Defendant:
**PANELTRONICS INCORPORATED**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 30th day of September, 2026 at 9:39 am to be served on **PANELTRONICS INCORPORATED c/o Registered Agent: Pedro R. Pelaez, 11960 NW 87 Court, Hialeah, FL 33018**.

I, Joseph Onega, do hereby affirm that on the **13th day of October, 2026** at **11:39 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Carlos Jimenez, controller, as Authorized Employee of Registered Agent,** for PANELTRONICS INCORPORATED c/o Registered Agent: Pedro R. Pelaez, at the address of: **11960 NW 87 Court, Hialeah, FL 33018**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'10", Weight: 185, Hair: Bald, Glasses: N

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true. I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861, SPS 1253

10/13/2026
**Date**

**Miami PSPI, LLC**
**1800 Coral Way, Suite 1511**
**Miami, FL 33145**
**(305) 285-4321**

Our Job Serial Number: NAY-2026001263

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e