UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-26827-WILLIAMS/LETT

BRENDA RUBALCABA CASTILLO,

Plaintiff,

vs.

PANELTRONICS
INCORPORATED,

Defendant.
_________________________________/

**PLAINTIFF'S NOTICE OF NO PENDING, REFILED, RELATED OR SIMILAR ACTION(S)**

Plaintiff, Brenda Rubalcaba Castillo, pursuant to Local Rule 3.8, notices the Court and all parties that Plaintiff has not re-filed this case and is not aware of any related or similar case(s) filed of record.

Respectfully submitted this 14th day of October 2026,

s/Katelyn Schickman, Esq.
Katelyn Schickman, Esq.
Fla. Bar No. 1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*