UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-CV-26827-KMW

BRENDA RUBALCABA CASTILLO,

Plaintiff,

vs.

PANELTRONICS INCORPORATED,

Defendant.
_______________________________________/

**DEFENDANT PANELTRONICS INCORPORATED'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Paneltronics Incorporated, through undersigned counsel, respectfully moves for an extension of time to respond to Plaintiff Brenda Rubalcaba Castillo's Complaint [D.E. 1] and, in support thereof, states as follows:

1. On September 29, 2026, Plaintiff filed her Complaint in this Court [D.E. 1].
2. Defendant's response is due on November 4, 2026.
3. Plaintiff's Complaint contains one hundred eighty-seven (187) paragraphs and asserts thirteen different causes of action for alleged violations of Title VII of the Civil Rights Act of 1964 (Count I, subparts A, B, and C), the Pregnant Workers Fairness Act (Count II, subparts A and B), the Americans with Disabilities Act (Count III, subparts A and B), the Family Medical Leave Act (Count IV, subparts A, B, and C), and the Florida Civil Rights Act (Count V, subparts A, B, and C).
4. Due to the length of Plaintiff's complaint, undersigned counsel's scheduling conflicts and a voluminous case load, undersigned counsel requires additional time to prepare a response to Plaintiff's Complaint [D.E. 1].

5. Therefore, Defendant respectfully seeks a fourteen (14) day extension of time to file its response to the Complaint [D.E. 1] through and including November 18, 2026.

6. This request for extension is reasonable under the circumstances, is not sought for the purpose of delay, and will not prejudice any party.

**WHEREFORE**, Defendant respectfully requests that the Court grant it a fourteen (14) day extension of time to file its response to the Complaint [D.E. 1] through and including November 18, 2026, along with any other relief this Court deems just and proper.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for Defendant certifies that she conferred with Plaintiff's counsel, Brian Pollock, on October 28, 2026, in a good faith effort to resolve the issues raised in this motion, and that Plaintiff has agreed to the relief sought herein.

Dated: October 29, 2026

Respectfully submitted,

LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
*Counsel for Defendant*
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

By: /s/ *Jezabel P. Lima*
JEZABEL P. LIMA
Florida Bar No. 519431
Primary email: jl@lklsg.com
Secondary email: acd@lklsg.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which sends a notice of electronic filing to all counsel of record on the attached service list.

By: /s/ *Jezabel P. Lima*
JEZABEL P. LIMA

## Service List

Brian H. Pollock
brian@fairlawattorney.com
Katelyn Schickman
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
*Attorneys for Plaintiff*