UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-CV-26827-WILLIAMS/LETT

BRENDA RUBALCABA CASTILLO,

Plaintiff,

vs.

PANELTRONICS INCORPORATED,

Defendant.
_______________________________/

**PLAINTIFF'S VERIFIED CERTIFICATE OF COUNSEL REGARDING PRIOR FILINGS UNDER THE ADA**

Plaintiff, Brenda Rubalcaba Castillo ("Plaintiff"), through undersigned counsel, hereby submits this Verified Certificate of Counsel pursuant to the Court's Order of Referral and Notice of Court Practices and Procedures in ADA Cases [ECF No. 4] (the "Order"), and states as follows:

A. Counsel for Plaintiff did not search the records of the Clerk of the United States District Court for the Southern District of Florida to ascertain whether Defendant, Paneltronics Incorporated, had previously been sued for alleged violations of the ADA prior to filing this lawsuit. Undersigned counsel conduct the required search *after* the Order entered October 26, 2026, and did not identify any prior lawsuits against the Defendant for alleged violations of the ADA.

B. N/A.

C. N/A.

D. N/A.

**VERIFICATION**

I, Katelyn Schickman, Esq., declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing statements are true and correct.

s/Katelyn Schickman, Esq.
Katelyn Schickman, Esq.

Respectfully submitted this 18th day of November 2026,

s/Katelyn Schickman, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Katelyn Schickman, Esq. (1064879
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel: 305.230.4884
*Counsel for Plaintiff*