UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-CV-26827-KMW

BRENDA RUBALCABA CASTILLO,

Plaintiff,

vs.

PANELTRONICS INCORPORATED,

Defendant.
_______________________________________/

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Paneltronics Incorporated states that it has no parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: November 18, 2026

Respectfully submitted,

LEVINE KELLOGG LEHMAN
SCHNEIDER + GROSSMAN LLP
*Counsel for Defendant*
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

By: /s/ *Jezabel P. Lima*
JEZABEL P. LIMA
Florida Bar No. 519431
Primary email: jl@lklsg.com
Secondary email: acd@lklsg.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which sends a notice of electronic filing to all counsel of record on the attached service list.

By: /s/ *Jezabel P. Lima*
JEZABEL P. LIMA

**Service List**

Brian H. Pollock
brian@fairlawattorney.com
Katelyn Schickman
katie@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, Florida 33146
*Attorneys for Plaintiff*